**EXHIBIT A**

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

SANDY BOWMAN,

    Plaintiff,

                                               Case No.: CL 22. 431

v.                                        PLAINTIFF DEMANDS A JURY

ROVER DOLPHIN TOURS, LLC,

SERVE:    Brook Smith, Registered Agent
                224 East Main Street
                Norfolk, VA 23510

And

MARK SEDECA

SERVE:    1316 Abelia Way
                Virginia Beach, VA 23454

    Defendants.

## COMPLAINT

TAKE NOTICE that the undersigned hereby moves the Circuit Court of the City of Virginia Beach, Virginia at the courthouse thereof for a judgment and award against you in the sum of THREE MILLION ($3,000,000.00) DOLLARS for personal injuries, interest and costs incident to this proceeding and counsel fees as the Court may deem just and proper, for the following:

1. This is a civil action seeking money damages under the general maritime laws of the United States and any other applicable Commonwealth of Virginia and/or federal law.

2. At all pertinent times hereinafter mentioned, the plaintiff, Sandy Bowman, was aboard a common carrier vessel for hire, ATLANTIC EXPLORER, Captained by MARK SEDECA for

ROVER DOLPHIN TOURS, LLC, and with crew employed by ROVER DOLPHIN TOURS, LLC, as a passenger. The vessel was in navigation on navigable waters.

3. At all pertinent times hereinafter mentioned, the defendant, ROVER DOLPHIN TOURS, LLC, owned, owned pro hac vice, manned, managed, chartered, leased, operated and/or controlled the commercial vessel, which was in navigation on navigable waters at or near Rudy Inlet.

4. At all pertinent times hereinafter mention, the Defendant MARK SEDECA was operating the vessel owned by the Defendant ROVER DOLPHIN TOURS, LLC, within the scope of his employment and/or agency with the Defendant ROVER DOLPHIN TOURS, LLC, for and on behalf of the Defendant ROVER DOLPHIN TOURS, LLC, and had permission to use said vessel and while operating it was acting as an agent, servant or employee of Defendant ROVER DOLPHIN TOURS, LLC.

5. The Defendant ROVER DOLPHIN TOURS, LLC, is a common carrier by operation of/ for hire and is subject to the duties and responsibilities of a common carrier.

6. At all pertinent times herein, the defendant ROVER DOLPHIN TOURS, LLC is directly and/or vicariously liable for all wrongful acts or omissions of Defendant MARK SEDECA, its employee and/or agent.

7. At all pertinent times herein, the defendants owed the plaintiff and all passengers onboard a duty of reasonable care.

8. That the Defendants breached that duty of care, such that, on or about February 22, 2020, while a paying passenger aboard the named vessel, plaintiff sustained serious and permanent injuries as a result of the negligence and wrongdoing on the part of the defendants when the defendants' vessel, traveling at an unsafe and excessive speed and at an improper angle and

without proper control went into a wave and failed to protect the passengers. The vessel hitting the wave in such an improper manner caused the vessel to become flooded with water. This caused the plaintiff to be knocked down and under water for some time, injuring her. The defendants were negligent for the following:

a) Defendants failed to operate and navigate the vessel properly;

b) Defendants failed to warn plaintiff of a potentially dangerous condition;

c) Defendants failed to use due care under the circumstances;

d) Defendants failed to follow the applicable Rules of Navigation;

e) Defendants failed to have proper safety equipment in use;

f) And other particulars to be shown at the trial of this case.

9. As a result of the defendants' negligence and statutory violations described above, plaintiff sustained serious and painful injuries which are or may be permanent; she has suffered physical pain, discomfort, mental anguish, and severe emotional distress and these will or may continue in the future; she has incurred substantial expenses for doctors and related medical care, and in the future, she will or may continue to incur such expenses in an effort to be cured or healed; she has missed time and lost earnings from her employment, and in the future she will or may continue to lose time, income and earning capacity as well as other benefits from her employment, and she has been unable to perform all of the usual personal affairs of a woman of her age and position in life, and in the future, she will or may continue to be unable to perform all of such affairs.

10. The accident was caused through no negligence on the part of the plaintiff but was caused solely by the negligence of the defendants.

11. As a result of the foregoing, the plaintiff, Sandy Bowman, is entitled to damages in the amount of THREE MILLION ($3,000,000.00) DOLLARS for personal injuries.

WHEREFORE, plaintiff prays for judgment in her favor through against the defendants, jointly and severally, in the full and true sum of THREE MILLION ($3,000,000.00) DOLLARS for personal injuries plus interest from the date of the judicial demand, all costs of these proceedings including expert witness fees, and for all general and equitable relief.

SANDY BOWMAN

By _____
Of Counsel

Adam Lotkin, Esquire
Georgina D. Montgomery
Rutter Mills, L.L.P.
160 W Brambleton Avenue
Norfolk, Virginia 23510
(757) 622-5000
(757) 623-9189 (facsimile)
alotkin@ruttermills.com

26 day of Jan, 2022.